**2007–1038. Guillory v. Ohio Dept. of Rehab. & Corr.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1073. State ex rel. Cottrell v. Columbiana Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1083. State ex rel. Ossman v. Fairfield Cty. Mun. Court.**
In Procedendo. On complaint in procedendo of Jeffrey W. Ossman. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1094. State ex rel. Parks v. Court of Appeals, Seventh Appellate Dist.**
In Procedendo. On relator's motion for issuance of an alternative writ and respondent's motion to dismiss. Motion to dismiss granted. Motion for issuance of an alternative writ denied as moot. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1099. Accelerated Sys. Integration, Inc. v. Hausser & Taylor, L.L.P.**
Cuyahoga App. No. 88207, 2007-Ohio-2113. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.
MOYER, C.J., PFEIFER and O'DONNELL, JJ., dissent.

**2007–1108. State ex rel. Martin v. O'Grady.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1152. Wayt v. Lamneck.**
In Habeas Corpus. On petition for writ of habeas corpus of Christopher A. Wayt. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1154. State ex rel. Howard v. Clermont Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1159. State ex rel. Edwards v. Griffin.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1164. State ex rel. Nickles v. Winkler.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.
O'DONNELL and CUPP, JJ., dissent and would grant an alternative writ.

**2007–1209. State ex rel. Eisenmann Corp. v. Ellwood.**
In Prohibition. On respondent's motion to dismiss, motion for leave to intervene of Mid–Ohio Mechanical, Inc., and motion to dismiss of Mid–Ohio Mechanical, Inc. Motion for leave to intervene granted. Motions to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1243. Hill v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert L. Hill. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.